UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HUDSON SPECIALTY INSURANCE COMPANY,

CASE NO.: 2:19-cv-00529-SPC-MRM

Plaintiff,

v.

A.L. FREEDMAN COMPANY, LLC, and SANDPIPER KEY CONDOMINIUM ASSOCIATION, INC.

Defendants.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HUDSON SPECIALTY INSURANCE COMPANY, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida, hereby provides notice that the parties have reached a settlement in this matter. The parties are expected to have the settlement finalized within the next thirty (30) days. As such, the parties respectfully request that the Court retain jurisdiction in order for the parties to submit a Stipulation for Dismissal with Prejudice within thirty (30) days of this notice.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282

By: */s/ Bradley S. Fischer*
**BRADLEY S. FISCHER, ESQ.**
Florida Bar No. 716553
bradley.fischer@lewisbrisbois.com
*Counsel for Hudson Specialty Insurance Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of filing.

By: */s/ Bradley S. Fischer*
**BRADLEY S. FISCHER, ESQ.**
Florida Bar No. 716553
bradley.fischer@lewisbrisbois.com

## SERVICE LIST

Thomas J. Code, Esq.
BECKER & POLIAKOFF, P.A.
Six Mile Corporate Park
12140 Carisa Commerce Court, Suite 200
Fort Myers, Florida 33966
Telephone: (239) 433-7707
Facsimile: (239) 433-5933
jcode@beckerlawyers.com
*Attorneys for Defendant, Sandpiper Key Condominium Association, Inc.*